UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MARSHALL, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00828-LJO-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 29] |

　　　　Plaintiff Rafael Guzman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 19, 2014, Defendants filed a motion for summary judgment on the basis that Plaintiff failed to exhaust the administrative remedies.

　　　　Pursuant to Local Rule 230(l), an opposition or statement of no opposition shall be filed not more than twenty-one (21) days after the date of service of the motion.  More than twenty-one days have passed and Plaintiff has failed to file an opposition or statement of no opposition.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that

1. Within **twenty-one (21)** days from the date of service of this order, Plaintiff shall file an opposition or statement of no opposition; and

2. <u>Failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with a court order</u>.

IT IS SO ORDERED.

Dated:   **November 20, 2014**

UNITED STATES MAGISTRATE JUDGE