# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GUZMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN MARSHALL, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-00828-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN THIRTY DAYS<br><br>[ECF Nos. 29, 37, 41] |

Plaintiff Rafael Guzman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 17, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  No Objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed on March 17, 2015, is adopted in full; and

2.     Defendants' motion for summary judgment for failure to exhaust the administrative remedies is DENIED; and

1

3. Defendants are directed to file a further response to the complaint within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **May 4, 2015**                    **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE