UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MARSHALL, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00828-LJO-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 46] |

　　　　Plaintiff Rafael Guzman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding against Defendants Snyder and Fraizer for failure to protect in violation of the Eighth Amendment.

　　　　On August 6, 2015, Defendants filed a motion for summary judgment. Fed. R. Civ. P. 56. To date, Plaintiff has not filed a response.

　　　　Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or statement of non-opposition to Defendants' motion for summary judgment within **twenty-one (21)**

///

///

///

///

1

**days**.  Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 18, 2015**

UNITED STATES MAGISTRATE JUDGE